Kathryn N. Nester (UT #13967)
**NESTER LEWIS PLLC**
50 W. Broadway, Ste. 300
Salt Lake City, UT  84101
(801) 535-4375
kathy@nesterlewis.com
ATTORNEY FOR LESLIE EUGENE GITTOES

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>v.<br><br>**LESLIE EUGENE GITTOES,**<br><br>**Defendant.** | **MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE AND ALLOW TRAVEL**<br><br>**CASE NO. 1:22-cr-54**<br><br>Honorable Daphne Oberg |

Undersigned counsel requests modification of Mr. Gittoes's pretrial release conditions to allow him to travel from his current worksite location in Garberville, California, to Los Angeles, California, from July 23-24, 2022. During this travel period, Mr. Gittoes would not be subject to electronic monitoring.

The following will be Mr. Gittoes's itinerary: Mr. Gittoes will drive from Garberville to Los Angeles with his son on July 23rd in order to do a wellness check on his home in Los Angeles as well as visit with his grandchildren. Mr. Gittoes will remain in hotel accommodations and fly back to Garberville on July 24th.

Mr. Gittoes is compliant with the conditions of his release according to his Supervising Probation Officer in the Central District of California.

A proposed order is attached.

DATED this 20th day of July, 2022.

                                            Respectfully submitted,

                                            */s/ Kathryn N. Nester*
                                            Kathryn N. Nester
                                            ATTORNEY FOR LESLIE EUGENE GITTOES

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was served to the following through the Court's electronic filing system on the 20th day of July, 2022:

Victoria K. McFarland
victoria.mcfarland@usdoj.gov
Attorney for Plaintiff

                                            */s/ Kathryn N. Nester*
                                          Kathryn N. Nester