# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> **Plaintiff,** <br><br> v. <br><br> **LESLIE EUGENE GITTOES,** <br><br> **Defendant.** | **ORDER GRANTING MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE AND ALLOW TRAVEL** <br><br> **CASE NO. 1:22-cr-54** <br><br> Honorable David Sam |

For the reasons outlined in Mr. Gittoes's *Motion to Modify Conditions of Pretrial Release and Allow Travel,* the interests of justice, and good cause, Mr. Gittoes's motion is granted.

Mr. Gittoes may travel from his residence in Garberville, California from July 23-24, 2022. Mr. Gittoes is authorized to drive from Garberville to Los Angeles on July 23, and fly back to Garberville on July 24.

ORDERED: July _____, 2022.

_____
UNITED STATES MAGISTRATE JUDGE